IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LASHEENA SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00350-LMB- MSN |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Lasheena Scott and Defendant Equifax Information Services, LLC, by and through their undersigned counsel, hereby stipulate that all claims asserted in this action against Defendant Equifax Information Services, LLC be dismissed with prejudice, each party to bear its own attorney's fees, costs and expenses.

Dated: October 26, 2018

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema    10/29/18
United States District Judge